JAP:FTB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

       - against -

HUIJUN PANG,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(18 U.S.C. §1204(a))

17 M 224

EASTERN DISTRICT OF NEW YORK, SS:

      RACHEL L. GRAVES, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

      Upon information and belief, on or about and between July 8, 2016 and the present, within the Eastern District of New York and elsewhere, the defendant HUIJUN PANG did knowingly and intentionally remove a child from the United States and did retain that child outside of the United States, with the intent to obstruct the lawful exercise of parental rights of another.

      (Title 18, United States Code, Section 1204(a))

1

The source of your deponent's information and the grounds for her belief are as follows:[1]

1.     I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed for over a year. The information set forth herein is based on an investigation conducted by myself and other special agents of the FBI, as well as the review of records and other evidence as set forth more fully below.

2.     During the course of my investigation, I have interviewed Lifeng Liu, a citizen of the United States. Based upon my interview of Mr. Liu and the review of certain documents, I have learned that he is the father of a child named Ethan Liu.

3.     Based on my review of United States Department of State records, I have learned that the child is a United States citizen and is currently 5 years old.

4.     Mr. Liu has advised me that he and the defendant HUIJUN PANG were married in November 2007 in China and moved to the United States in 2009. The defendant HUIJUN PANG is not a citizen of the United States, but is a lawful permanent resident of this country. The defendant HUIJUN PANG gave birth to Ethan Liu on March 23, 2011 at a hospital in New York City. I have reviewed Ethan Liu's birth certificate, which lists the defendant HUIJUN PANG and Lifeng Liu as his parents.

5.     Mr. Liu advised me that he, the defendant HUIJUN PANG, and Ethan Liu

---

[1]  Because this affidavit is submitted only to illustrate that probable cause exists to believe that the defendant committed certain crimes, all the facts known to me as a result of my investigation have not been included.

had all resided together in Staten Island, New York. Based on my interview of Mr. Liu and a review of official travel records, the defendant HUIJUN PANG and Ethan Liu left the United States on May 4, 2016 aboard a flight that departed from Newark International Airport in New Jersey bound for Hong Kong. Mr. Liu advised me that the defendant HUIJUN PANG and Ethan Liu had taken other trips to China in previous summers and that this was a planned trip; Mr. Liu did not travel with them on this occasion. The defendant HUIJUN PANG and Ethan Liu were scheduled to return to the United States on a flight that was to arrive on July 8, 2016, but neither was on board the flight.

6.     Lifeng Liu advised me that he received a call from the defendant HUIJUN PANG in May 2016 (after she and Ethan Liu had departed the United States), in which the defendant expressed a desire to commence divorce proceedings. Mr. Liu advised that he retained counsel in both the United States and China to effectuate the divorce in both countries. On or about August 22, 2016, a judge in New York State Supreme Court issued an order directing the defendant HUIJUN PANG to return Ethan Liu to the United States by September 2, 2016 and to appear for a hearing in that Court on September 6, 2016.

7.     On or about October 14, 2016, the judge in New York State Supreme Court issued another order granting Lifeng Liu pendent lite physical and legal custody of Ethan Liu. The October 14, 2016 order also directed the defendant HUIJUN PANG to return Ethan Liu "immediately" to the United States. On October 17, 2016, the judge issued a warrant for the arrest of the defendant HUIJUN PANG based on her non-compliance with the previous orders.

8.     Lifeng Liu has advised me that he has sought the assistance of the United States State Department in the return of Ethan Liu. I have reviewed a report prepared by a Consular

3

Associate in the Office of Children's Issues provided to me by Mr. Liu. The report was sent to Mr. Liu on December 13, 2016 and describes a visit made by the Consular Associate to the home of the parents of the defendant HUIJUN PANG in China (the report did not identify a specific address in China). The report indicates that Ethan Liu was living at the home of his grandparents, along with the defendant HUIJUN PANG.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant HUIJUN PANG so that she may be dealt with according to law.

_RACHEL L. GRAVES_
RACHEL L. GRAVES
Special Agent
Federal Bureau of Investigation

Sworn to me this
9th day of March, 2017


_____
HON. RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

4